UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDERLINA CIOSEK,

    Plaintiff,

v.                                   Case No: 3:13cv147/RV/CJK

LARRY R. ASHLEY, et al.,

    Defendants.

_____/

ORDER

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 7, 2015 (doc. 49), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely-filed objections to the Report and Recommendation, the Report and Recommendation is adopted as the opinion of the court.

    Accordingly, it is ORDERED:

    1. The Magistrate Judge's Report and Recommendation (doc. 49) is adopted and incorporated by reference in this Order.

    2. This case is DISMISSED under Federal Rule of Civil Procedure 41(b) and Northern District of Florida Local Rule 41.1(B), for plaintiff's failure to prosecute and failure to comply with court orders.

    3. The clerk is directed to close the file.

DONE AND ORDERED this 7th day of May, 2015.

                <u>/s/ Roger Vinson</u>
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**